IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TYRONNE WADE**                                                                       **PETITIONER**

**VERSUS**                                         **CIVIL ACTION NO. 1:11cv285-HSO-JMR**

**ELMORE SELLERS,** *Warden*                                             **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on the Report and Recommendation [13] of United States Magistrate Judge John M. Roper.  By separate Order entered this date, the Court overruled Petitioner Tyronne Wade's Objections [15] to the Report and Recommendation; adopted the Report and Recommendation as the finding of this Court, along with additional findings; denied Petitioner's 28 U.S.C. § 2254 Petition [1] for Writ of Habeas Corpus; and dismissed this case with prejudice.  Accordingly,

**IT IS, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 14th day of April, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE