IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TYRONNE WADE**                                                              **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 1:11cv285-HSO-JMR**

**ELMORE SELLERS,** *Warden*                                    **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

     A final order adverse to Petitioner Tyronne Wade having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2254, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases for the United States District Courts, hereby finds that:

     A Certificate of Appealability should not issue.  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

Date: April 14, 2014                      *s/ Halil Suleyman Ozerden*
                                                  HALIL SULEYMAN OZERDEN
                                                  UNITED STATES DISTRICT JUDGE